UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   Affirmation in Support
                                    :   of Application for
        - v. -                      :   Order of Continuance
                                    :
RENWICK HADDOW,                     :   17 Mag. 4939
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

State of New York              )
County of New York             : ss.:
Southern District of New York  )

    Justin V. Rodriguez, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

    1. I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A). This is the first order of continuance that has been sought.

    2. The defendant was charged in a complaint dated June 29, 2017, with violations of Title 18, United States Code, Sections 1343 and 2. The defendant was arrested on April 13, 2018, and was presented on April 13, 2018 before United States Magistrate Judge Robert W. Lehrburger in the Southern District of New York. The defendant was ordered detained. The defendant is

represented by Edward Little, Esq.

3. At the initial presentment, a preliminary hearing was set for May 14, 2018, as to the defendant. Accordingly, the Government has until May 14, 2018, to charge the defendant by indictment or information.

4. Mr. Little and I are engaged in discussions concerning a possible disposition of this case. The negotiations have not been completed and we plan to continue our discussions, but do not anticipate a resolution before the deadline under Rule 5.1 expires on May 14, 2018.

5. Therefore, the Government is requesting a 30-day continuance until June 13, 2018, to continue the foregoing discussions and reach a disposition of this matter. I have personally communicated with defense counsel and he specifically consented to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:   New York, New York
         May 14, 2018

Justin V. Rodriguez
Assistant United States Attorney
Southern District of New York
212-637-2591